# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Chicago & Vicinity Laborers' District Council Pension Fund, et al.

                Plaintiff,

v.

Ryan's Plumbing 1, Inc.

                Defendant.

Case No.: 1:24−cv−05773

Honorable Sunil R. Harjani

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 21, 2025:

    MINUTE entry before the Honorable Sunil R. Harjani: Continued motion hearing held by telephone. Counsel provided an update regarding the status of the remaining settlement payments and requested additional time to complete the final payment. Without objection, Plaintiff's oral request for an extension is granted. The motion to reinstate [35] is entered and continued to 11/20/2025 at 9: 15 a.m. by telephone. If the final payment has not been submitted by the next hearing, the Court will either grant Plaintiff's motion [35] or hear argument as to why it should be denied. However, if the final payment is submitted prior to the 11/20/2025 hearing, counsel may jointly notify the Courtroom Deputy via email, and both the motion and the hearing date will be stricken. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.