# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Chicago & Vicinity Laborers' District Council Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:24−cv−05773

Honorable Sunil R. Harjani

Ryan's Plumbing 1, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 20, 2025:

MINUTE entry before the Honorable Sunil R. Harjani: Motion hearing held by telephone. Plaintiff's counsel was present and advised Defendant's counsel would not attend, as Defendant had submitted its final payment earlier this morning. For the reasons stated on the record, Plaintiff's oral motion to withdraw its motion to reopen case [35] is granted. This civil case remains terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.